IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SHELLY WASHINGTON,
              Petitioner,
     v.                                **Judgment in a Civil Case**
JONES,
              Respondent.                 Case Number: 5:12-HC-2084-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for an initial review pursuant to Rule 4 of the Rules Governing § 2254 cases in the United States District Court.§ 2243).

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice to allow petitioner to seek authorization from the Fourth Circuit Court of Appeals to file this second or successive action.

This Judgment Filed and Entered on August 29, 2012, with service on:
Shelly Washington 0425997, Pasquotank Correctional Institution, 527 Commerce Drive, Elizabeth City, NC 27906 (via U.S. Mail)

August 29, 2012                                             /s/ Julie A. Richards
                                                              Clerk